AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| PORFIRIO ALDERETE SOLANO, <br> *Plaintiff* <br> ACTING DIRECTOR OF ENFORCEMENT AND <br> REMOVAL OPERATIONS, DETROIT FIELD OFFICE, ICE, <br> *Defendant* | ) <br> ) <br> ) <br> ) <br> )    Civil Action No.   1:26-cv-144 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____

☑ other:    Having received notice of the projected date on which Petitioner's order of removal will become administratively final, (see Doc. 7), the Court DIRECTS the Clerk to ENTER JUDGMENT in favor of Respondents and TERMINATE this matter on the Court's docket.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge    Douglas R. Cole _____ .

Date:   4/27/26 _____

CLERK OF COURT

*Melissa Saddle*

Signature of Clerk or Deputy Clerk